THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON XERXES DENNIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BURIEN, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C20-1688-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation (R&R) of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 8). Having thoroughly considered the R&R, Plaintiff's amended complaint (Dkt. No. 7), and the relevant record, and having received no objections to the R&R, the Court ORDERS that:

1. The R&R (Dkt. No. 8) is ADOPTED.
2. Plaintiff's amended complaint (Dkt. No. 7) and this action are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a cognizable claim for relief under 42 U.S.C. § 1983.
3. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).
4. The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge Peterson.

//

DATED this 1st day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-1688-JCC
PAGE - 2